**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1392**

_____

MELODY EADIE,

          Plaintiff - Appellant,

     v.

ANDERSON COUNTY DISABILITIES AND SPECIAL NEEDS BOARD,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Henry M. Herlong, Jr., Senior
District Judge.   (8:07-cv-03406-HMH)

_____

Submitted:  May 26, 2010                Decided:  June 11, 2010

_____

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Mary C. McCormac, Clemson, South Carolina, for Appellant.   James
W. Logan, Jr., LOGAN, JOLLY & SMITH, LLP, Anderson, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melody Eadie appeals the district court's order granting summary judgment for the Appellee and dismissing her employment lawsuit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Eadie v. Anderson County Disabilities & Special Needs Bd., No. 8:07-cv-03406-HMH (D.S.C. Mar. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED